J. Scott Conlon, #011829
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
E-mail:    docket@rcdmlaw.com
           sconlon@rcdmlaw.com
*Attorneys for Defendants Corizon Health, Inc. and Charles L. Ryan*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert William Dutcher,<br><br>                    Plaintiff,<br>v.<br><br>Charles L. Ryan, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-01079-ROS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendants have reached a settlement in this matter. The parties will now draft and finalize the settlement documents. A stipulation to dismiss with prejudice and proposed form of order will be filed with the Court after the settlement documents have been executed.

RESPECTFULLY SUBMITTED this 15th day of July, 2019.

                                RENAUD COOK DRURY MESAROS, PA


                                By    *s/J. Scott Conlon*
                                      J. Scott Conlon
                                      One North Central, Suite 900
                                      Phoenix, Arizona 85004-4417
                                      *Attorneys for Defendants Corizon Health, Inc. and Charles L. Ryan*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900

(Page 1, 2:15-cv-01079-ROS)          3306-0182

3924160_1.docx

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant(s):

James L. Williams
Esther L. Sivak
Schmitt Schneck Casey Even & Williams, P.C.
1221 E. Osborn Rd., Ste. 105
Phoenix, AZ 85014
*Attorneys for Plaintiff*

 *s/I. Tuuling*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900

(Page 2, 2:15-cv-01079-ROS)            3306-0182

3924160_1.docx